NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1551

OILFIELD EQUIPMENT MARKETING, INC.,

Plaintiff-Appellant,

v.

NEW TECH SYSTEMS, INC.,

Defendant-Appellee.

Wayne J. Colton, Wayne J. Colton, Inc., of San Antonio, Texas, argued for the plaintiff-appellant.

Kenneth R. Matticks, Matticks & Estham, LLP, argued for defendant-appellee. With him on the brief was Melissa D. Eastham.

Appealed from:  United States District Court for the Western District of Texas

Chief Judge Jane A. Restani of the United States Court of International Trade sitting by designation.

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2006-1551

OILFIELD EQUIPMENT MARKETING, INC.,

Plaintiff-Appellant,

v.

NEW TECH SYSTEMS, INC.,

Defendant-Appellee.

# Judgment

ON APPEAL from the **UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS**

In CASE NO(S). **02-CV-183**

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, BRYSON and MOORE, <u>Circuit Judges</u>).

<u>**AFFIRMED.**</u>  <u>See</u> Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED: <u>July 11, 2007</u>                    /s/  Jan Horbaly

                                   Jan Horbaly, Clerk